# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| **ROBERT M. RICHARDS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO.** |
| | § | **DR-16-CV-0177-AM-VRG** |
| **ALLSTATE INDEMNITY COMPANY, RICK GONZALEZ AND TODD CURTIS,** | § § § § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

The Parties hereby provide written notice to the Court that the Parties have agreed to settle all matters in dispute with regard to this cause of action. The Parties are in the process of preparing and executing appropriate release and dismissal documents. It is anticipated that this process will take no longer than thirty days. The Parties will submit a joint motion to dismiss this case as soon as the settlement and release documents are fully negotiated and executed.

Respectfully submitted,

/s/ *Roger D. Higgins*
Roger D. Higgins - State Bar No. 09601500
R. Tate Gorman - State Bar No. 24032360
Ashley B. Stainton - State Bar No. 24095731
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:     (214) 871-8200
Facsimile:     (214) 871-8209
Email: rhiggins@thompsoncoe.com
Email: astainton@thompsoncoe.com
Email: tgorman@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

AND

/s/ *Scott Mechler* * (with permission)
Scott Mechler
State Bar No. 24055952
KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, St. 302
San Antonio, TX 78232
Facsimile: (210) 490-8372
Email: scott.mechler@krwlawyers.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    This is to certify that on the 26th day of March, 2018 a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure.

    KETTERMAN ROWLAND & WESTLUND
    Scott Mechler
    Courtney Potter
    courtney.potter@krwlawyers.com
    scott.mechler@krwlawyers.com
    16500 San Pedro, Suite 302
    San Antonio, Texas 78232
    Tel: (210) 490-7402
    Fax: (210) 490-8372

    */s/ Ashley Stainton*
    Ashley B. Stainton