IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
NOV 0 2 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| ROBERT M. RICHARDS, <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. <br> DR-16-CV-0177-AM/VRG |
| ALLSTATE INDEMNITY COMPANY, <br> RICK GONZALEZ and TODD CURTIS, <br> Defendants. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On April 4, 2018, the parties filed an agreed motion to dismiss with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the agreed motion to dismiss (ECF No. 33) is **GRANTED** and that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the agreed motion. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 2nd day of November, 2018.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE